```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

**KEITH S. NETHERLAND**                                              **PETITIONER**

**VS.**                          **CRIMINAL ACTION NO. 3:04CR135-WHB-JCS**
                                 **CIVIL ACTION NO.    3:06CV205-WHB-JCS**
                                 **CIVIL ACTION NO.    3:06CV215-WHB-JCS**

**UNITED STATES OF AMERICA**                                         **RESPONDENT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which denied Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 10th day of October, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE